Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
RONALD CLIFTON SIMMONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:18-CR-0005 EFB |
|---|---|
| Plaintiff, | **STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |
| v. | |
| RONALD CLIFTON SIMMONS, | |
| Defendant. | |

Defendant Ronald C. Simmons, by and through his counsel of record, Emily E. Doringer, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Erica L. Anderson, hereby stipulate as follows:

1. This case was set for a status conference on February 13, 2018, by stipulation of the parties.

2. During the period since the Information was filed, the parties have diligently conferred and exchanged information, including:

1

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

a. The government provided defense counsel with discovery;

b. The defense has reviewed the discovery provided by the government, including agency reports, photographs and video recordings pertaining to the investigation;

c. Defense counsel and the undersigned prosecuting Assistant United States Attorney have conferred in writing and verbally on multiple occasions. Based on those communications, the parties represent they have agreed upon the essential terms of a proposed resolution.

3. The parties require additional time to reduce their mutual understanding to writing, and to circulate and review the written agreement. Defense counsel requires additional time to review the written agreement in detail with the defendant and to execute said agreement. The parties anticipate resolution of this matter at the next appearance.

4. By this stipulation, the parties request that the status conference scheduled on February 13, 2018, at 2:00 p.m. be vacated and the matter continued for a ~~settlement conference~~ change of plea on February 26, 2018, at 10:00 a.m.; the parties also request that the time between February 13, 2018 and February 26, 2018, be excluded under Local Code T4.

5. Based on the foregoing, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from February 13, 2018 to February 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial. Nothing in this

stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: February 12, 2018          SEGAL & ASSOCIATES, PC


                                   /s/ Emily E. Doringer
                                  EMILY E. DORINGER
                                  Counsel for Defendant


Dated: February 12, 2018          MCGREGOR W. SCOTT
                                  United States Attorney


                                   /s/ Erica L. Anderson (By Permission)
                                  ERICA L. ANDERSON
                                  Special Assistant United States Attorney

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the Status Conference scheduled for February 13, 2018, at 2:00 p.m. is hereby vacated and the matter set for ~~settlement conference~~ change of plea on February 26, 2018, at 10:00 a.m.

It is further **ORDERED** that under the Speedy Trial Act between February 13, 2018 and February 26, 2018, inclusive, is hereby excluded under Local CodeT4, and 18 U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of counsel. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 26, 2018.

Dated: February 12, 2018

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE